# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Christopher Chitwood<br><br>*Defendant(s)* | Case No. 2:25-mj-0170 AC |

**FILED**
Nov 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 4, 2025__ in the county of __Sacramento__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Francisco Fajardo

☑ Continued on the attached sheet.

/s/ Francisco Fajardo
*Complainant's signature*

Francisco Fajardo, HSI Special Agent
*Printed name and title*

Sworn to and signed before me telephonically.

Date: 11/05/2025

*Judge's signature*

City and state: Sacramento, California

United States Magistrate Judge Allison Claire
*Printed name and title*

### AFFIDAVIT OF HSI SPECIAL AGENT FRANCISCO A. FAJARDO

I, Special Agent Fajardo, being duly sworn, hereby depose and state:

### CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **CHRISTOPHER CHITWOOD** with:

    COUNT ONE:   Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a).

### BACKGROUND AND EXPERTISE

2. I have been employed as a Special Agent with Homeland Security Investigations (HSI) since June 2016. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my employment with HSI, I was employed as a Customs and Border Protection Officer (CBPO) with United States Customs and Border Protection from September 2013 until June 2016. As a CBPO I targeted, identified, inspected, seized, and searched individuals, vehicles, baggage, cargo, and other conveyances for illegal contraband, such as narcotics, weapons, and bulk cash.

3. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Titles 8, 18, 19, and 21 of United States Code

4. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

5. This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information

contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part.

## STATEMENT OF PROBABLE CAUSE

*Chitwood assaults a federal officer while the officer was in the process of arresting a different person for trespassing on federal property.*

6. On November 4, 2025, law enforcement officers from the Department of Homeland Security contacted, and later arrested, Individual 1 in the vicinity of 650 Capitol Mall in Sacramento.

7. Individual 1 was later issued a federal violation notice for trespassing on federal property and failure to comply with a lawful order. While officers were in the process of arresting Individual 1, Christopher Chitwood approached Officer 1 and kicked Officer 1 in the back. At the time of the assault, Officer 1 was in a kneeling position attempting to restrain Individual 1.

*A member of the public video recorded the assault and posted it on TikTok.*

8. After the assault on Officer 1, a member of the public posted a video of the assault on TikTok. Depicted below on the left is a screenshot of the video showing DHS officer arresting Individual 1. Officer 1 is seen in the video with his back to the camera and in a kneeling position. Depicted below on the right is Chitwood kicking Officer 1.

///

///

///

///

///

2

 

9. Immediately after the assault on Officer 1, Chitwood was arrested by DHS officers.

///

///

///

//

///

3

## **CONCLUSION**

10. Based on the above information, I believe that there is probable cause to believe that Chitwood assaulted a federal officer, in violation of 18 U.S.C. § 111(a). I hereby request that this court issue an arrest warrant for Chitwood.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

    /s/ Francisco Fajardo
FRANCISCO A. FAJARDO
HSI Special Agent

Sworn and Subscribed to me telephonically,
on November 5, 2025,

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

JUSTIN LEE
Assistant United States Attorney

4

## **PENALTY SLIP**

## **United States v. Christopher Chitwood**

**COUNT ONE:**  18 U.S.C. § 111(a) – Assault on a Federal Officer

Fine of up to $100,000, and/or
Imprisonment of up to 1 year, or both
Term of Supervised Release of up to 1 year
Mandatory $25 Special Assessment