UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 06, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER CHITWOOD,<br><br>　　　　　Defendant. | Case No. 2:25-mj-00170-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>CHRISTOPHER CHITWOOD</u> , Case No. <u>2:25-mj-00170-AC</u>, Charge <u>18 USC § 111(a)</u>, from custody for the following reasons:

<u>　X　</u>   Release on Personal Recognizance

<u>　　　</u>   Bail Posted in the Sum of $ <u>　　　　　　　　　　　　　</u>

<u>　　　</u>   Unsecured Appearance Bond $ <u>　　　　　　　　　　　</u>

<u>　　　</u>   Appearance Bond with 10% Deposit

<u>　　　</u>   Appearance Bond with Surety

<u>　　　</u>   Corporate Surety Bail Bond

<u>　　　</u>   (Other):

<u>　　　</u>   Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 06, 2025 at 3:00 PM.

By: *Allison Claire* (signature)

Magistrate Judge Allison Claire