HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
CHRISTOPHER CHITWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25-mj-00170-AC |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE [PROPOSED] ORDER |
| vs. | |
| CHRISTOPHER CHITWOOD, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, CHRISTOPHER CHITWOOD, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.

Mr. Chitwood hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if Mr. Chitwood were personally present.  Mr. Chitwood further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without his personal presence.

/ / /

/ / /

/ / /

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: December 11, 2025         /s/  Christopher Chitwood
                                 CHRISTOPHER CHITWOOD
                                 (Defendant)
                                 Original signature retained by attorney

Dated: December 11, 2025         /s/ Megan Hopkins
                                 MEGAN HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant

IT IS SO ORDERED.

Dated: December 15, 2025         _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

Request for Rule 43 Waiver of Appearance