IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHRISTOPHER ROLLAND CHITWOOD,<br><br>　　　　Defendant. | Case №:2:25-mj-00170-AC<br><br>**O R D E R<br>WITHDRAWING THE FEDERAL<br>DEFENDER<br>AND APPOINTING CJA COUNSEL** |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE