MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
CHRISTOPHER CHITWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-mj-00170-AC |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| vs. | ) CONFERENCE; [~~PROPOSED~~] ORDER |
| | ) |
| CHRISTOPHER CHITWOOD, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Christopher Chitwood, that the previously-scheduled status conference date of April 27, 2026, be continued to **June 22, 2026**, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to obtain records related to Mr. Chitwood's participation in the protest from which the allegations arose, and to provide them to the government in the interest of advancing plea negotiations. The defense also requests additional time to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion.

/ / /

/ / /

/ / /

The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated:  April 24, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
CHRISTOPHER CHITWOOD

Dated: April 24, 2026

ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The status conference previously set for April 27, 2026, is hereby continued to June 22, 2026, at 9:00 a.m.

Dated: April 24, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue Status Conference

2