MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
CHRISTOPHER CHITWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No.  2:25-mj-00170-AC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | ) ) | |
| CHRISTOPHER CHITWOOD, | ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Christopher Chitwood, that the previously-scheduled status conference date of July 13, 2026, be continued to **August 24, 2026**, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to obtain records, including any recordings by members of the public, related to Mr. Chitwood's participation in the protest from which the allegations arose, and to provide them to the government in the interest of advancing plea negotiations. The defense also requests additional time raise additional discovery requests and to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion.

Based on the foregoing the parties agree that the ends of justice served by resetting the hearing date outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, the parties agree that time through August 24, 2026, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated:  July 9, 2026                        */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Attorney for Defendant
                                            CHRISTOPHER CHITWOOD

Dated: July 9, 2026                         ERIC GRANT
                                            United States Attorney

                                            /s/ *Justin Lee*
                                            JUSTIN LEE
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The status conference previously set for July 13, 2026, is hereby continued to August 24, 2026, at 9:00 a.m. Time is hereby excluded up to and including August 24, 2026.

Dated: July 10, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order to Continue Status Conference

2