MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
CHRISTOPHER CHITWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHRISTOPHER CHITWOOD,<br>Defendant. | Case No. 2:25-mj-00170-AC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Christopher Chitwood, that the previously-scheduled status conference date of November 9, 2026, be continued to **February 1, 2027**, at 9:00 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel and the government the additional time necessary to meet and confer on the status of discovery, and exchange proffers with the goal of advancing plea negotiations. Additionally, the defense requests time to raise any further discovery requests and to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion.

Based on the foregoing the parties agree that the ends of justice served by resetting the hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through February 1, 2027, is excludable pursuant to 18

U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: November 4, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
CHRISTOPHER CHITWOOD

Dated: November 4, 2026

ERIC GRANT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference previously set for November 9, 2026, is hereby continued to February 1, 2027, at 9:00 a.m. Time is hereby excluded up to and including February 1, 2027.

Dated: November 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE